IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00219-BNB

CHARMAYNE N. STEVENSON,

Plaintiff,

v.

ARI ZAVARAS, and
C/O TROTTA,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 9 2010

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Plaintiff, Charmayne N. Stevenson, acting *pro se*, initiated this action by filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Upon review of the merits of the Complaint, Magistrate Judge Boyd N. Boland entered an order on March 16, 2010, directing Ms. Stevenson to file an Amended Complaint. Ms. Stevenson was instructed to name proper defendants and to assert personal participation by each named defendant. Consistent with ***Nasious v. Two Unknown B.I.C.E. Agents***, 492 F.3d 1158, 1163 (10th Cir. 2007), Ms. Stevenson also was instructed to submit an Amended Complaint that explains what each defendant did to harm her, when the defendant did the harmful act, how she was injured, and what specific legal right the defendant violated. Ms. Stevenson was warned that if she failed to file an Amended Complaint within the time allowed the Complaint and the action would be dismissed.

On April 14, 2010, Ms. Stevenson submitted a Letter to the Court in which she requested an extension of time to amend the Complaint. On April 15, 2010, Magistrate

Judge Boland granted Ms. Stevenson's request and extended the time to amend for thirty days. Ms. Stevenson now has failed to communicate with the Court and as a result has failed to amend the Complaint within the time allowed.

Upon review of the Complaint, the Court finds that Magistrate Judge Boland correctly instructed Ms. Stevenson to amend and assert what named defendants did to violate her constitutional rights. Because Ms. Stevenson has failed to amend the Complaint within the time allowed the action will be dismissed. Nonetheless, because the Complaint and action will be dismissed without prejudice, Ms. Stevenson may proceed with her claims in a new action if she so desires. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to file an Amended Complaint and for failure to prosecute.

DATED at Denver, Colorado, this 8th day of June, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00219-BNB

Charmayne N. Stevenson
Prisoner No. 140433
Denver Women's Corr. Facility
PO Box 392005
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/9/10

                                                GREGORY C. LANGHAM, CLERK

                                                By: _____
                                                            Deputy Clerk